IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL ORTIZ, ET ALS            *
                               *
    Plaintiffs                 *
                               *
v.                             *      CIVIL NO. 96-2654 (GG)
                               *
GENESIS INSURANCE CO.,         *
CHARLIE CAR RENTAL, INC.       *
                               *
    Defendants                 *
*********************************

**JUDGMENT**



Co-defendant Charlie Car Rental's Motion to Dismiss was converted into a motion for summary judgment. Now, pursuant to our Opinion and Order of even date, said motion is hereby **GRANTED** and summary judgment is hereby entered **DISMISSING** the action herein **WITH PREJUDICE**.

**SO ADJUDGED.**

In San Juan, Puerto Rico, this 29th day of September, 2000.

GILBERTO GIERBOLINI
Senior U.S. District Judge